```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

ROSALIND L. McCARROLL,                  :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :
                                        :    CIVIL ACTION 16-004-M
CAROLYN W. COLVIN,                      :
Social Security Commissioner,           :
                                        :
    Defendant.                          :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Rosalind L. McCarroll.

DONE this 25th day of July, 2016.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE